IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CHARLENE MITCHELL, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>BAPTIST HEALTH SYSTEM, INC.,[1]<br><br>  Defendant. | CIVIL ACTION NO.<br><br>3:22-CV-00383-TJC-PDB |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Baptist Health System, Inc. ("Baptist"), pursuant to this Court's FLSA Scheduling Order and Fed.R.Civ.P. 7.1, submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

**1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

Plaintiff Charlene Mitchell

Kaeline Cauley, Opt-In Plaintiff

---

[1] Plaintiff's employer (and the only proper defendant in this action) is Southern Baptist Hospital of Florida, Inc.

1

Dawn Bryant, Opt-In Plaintiff

Jennifer Kendrick, Opt-In Plaintiff

Lilly Wheeler, Opt-In Plaintiff

C. Ryan Morgan, Esq., Counsel for Plaintiff

Kimberly De Arcangelis, Esq., Counsel for Plaintiff

Plaintiff's Firm Morgan & Morgan, P.A.

Jessica T. Travers, Esq., Counsel for Defendant

Diane Perez, Esq., Counsel for Defendant

Alan Persaud, Esq., Counsel for Defendant

Defense Firm Littler Mendelson P.C.

Southern Baptist Hospital of Florida, Inc., subsidiary of Defendant and Plaintiff's employer.

Baptist Behavioral Health, LLC d/b/a Baptist Behavioral Health, subsidiary of Southern Baptist Hospital of Florida, Inc.

Baptist Specialty Physicians, Inc., subsidiary of Southern Baptist of Florida, Inc.

**2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

None presently known.

**3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None presently known.

**4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.**

Plaintiff Charlene Mitchell

Kaeline Cauley, Opt-In Plaintiff

Dawn Bryant, Opt-In Plaintiff

Jennifer Kendrick, Opt-In Plaintiff

Lilly Wheeler, Opt-In Plaintiff

## LOCAL RULE 3.03 CERTIFICATION

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: July 5, 2022  Respectfully submitted,

/s/ *Jessica T. Travers*
Jessica T. Travers, Bar No. 18129
jtravers@littler.com
Diane Perez, Bar No. 41869
dpperez@littler.com
Alan Persaud, Bar No. 1009883
apersaud@littler.com

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue
Suite 2700
Miami, FL  33131
Telephone:    305.400.7500
Facsimile:    305.675.8497

Attorneys for Defendants

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 5th day of July 2022, a copy of the foregoing was filed using CM/ECF and served on all counsel of record on the attached Service List.

*/s/ Jessica T. Travers*
Jessica T. Travers, Bar No. 18129
jtravers@littler.com

## **SERVICE LIST**

Kimberly De Arcangelis, Esq.
Bar No.: 0025871
Lead Counsel for Plaintiffs
C. Ryan Morgan, Esq.
Bar No.: 0015527
Morgan & Morgan, P.A.
20 N. Orange Ave., 15th Floor
Orlando, FL 32801
Telephone 407.420.1414
Via CM/ECF

4865-4045-6997.5 / 114620-1005