# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHARLENE MITCHELL, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.

                                 Case No. 3:22-cv-383-TJC-PDB

BAPTIST HEALTH SYSTEM, INC. and
SOUTHERN BAPTIST HOSPITAL OF
FLORIDA, INC.,

    Defendants.

## **O R D E R**

Upon review of the Joint Stipulation for Dismissal with Prejudice (Doc. 58), filed on May 1, 2024, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of May, 2024.



jcd
Copies:

Counsel of record